IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| RYAN'S STATION, INC., | Cause No.: 4:17-cv-00010-BMM |
|---|---|
| Plaintiff, | **ORDER OF DISMISSAL** |
| -vs.- | |
| STATION CASINOS, AND NP IP HOLDINGS LLC, | |
| Defendants. | |

The parties having filed a stipulation for dismissal with prejudice,

IT IS ORDERED that the above-captioned cause is DISMISSED WITH PREJUDICE, each party to pay its own costs.

DATED this 4th day of January, 2018.

Brian Morris
United States District Court Judge